# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

[Reset Form]

**FILED CLERK, U.S. DISTRICT COURT — JUN 21 2017 — CENTRAL DISTRICT OF CALIFORNIA — BY ___ DEPUTY**

Case Number: 17CR00393
U.S.A. v. Hubbard Bell
Defendant Number: 3
Year of Birth: 1988

[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: May 12, 2016

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in:
CHECK ALL THAT APPLY
[✓] Los Angeles  [ ] Ventura
[ ] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other

Citation of Offense: 18 U.S.C. sections 371, 922(a); and 26 U.S.C. 5861(d)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No  [ ] Yes

IF YES  Case Number: _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: June 5, 2017
Case Number: 17-1405M
Charging: 18 U.S.C. section 371, 922(a);

The complaint:  [✓] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: N/A
Phone Number: N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

IS THIS A NEW DEFENDANT?  [ ] Yes  [✓] No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?
- [ ] YES
- [✓] NO

IF YES, list language and/or dialect: _____

**OTHER**

- [✓] Male
- [ ] Female
- [✓] U.S. Citizen
- [ ] Alien

Alias Name(s): _____

This defendant is charged in:
- [ ] All counts
- [✓] Only counts: 1, 2
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?
- [ ] Yes
- [✓] No

IF YES, should matter be sealed?
- [ ] Yes
- [ ] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [ ] narcotics offenses
- [ ] immigration offenses
- [✓] violent crimes/firearms
- [ ] corporate fraud
- [ ] Other

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? [ ] Yes [ ] No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration: [ ] State [✓] Federal
b. Name of Institution: USMS custody
c. If Federal: U.S. Marshal's Registration Number: N/A
d. [✓] Solely on this charge. Date and time of arrest: June 14, 2017
e. On another conviction: [ ] Yes [✓] No
   IF YES: [ ] State [ ] Federal [ ] Writ of Issue
f. Awaiting trial on other charges: [ ] Yes [✓] No
   IF YES: [ ] State [ ] Federal AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___20___  ___21___  ___40___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 06/21/2017

Signature of Assistant U.S. Attorney
Joseph Axelrad
Print Name

CR-72 (10/16)    CASE SUMMARY    Page 2 of 2