
FILED
CLERK, U.S. DISTRICT COURT
JUL 3 1 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No.: CR 17-393-03
                    Plaintiff,      )   ORDER OF DETENTION
vs.                                 )
__Hubbard Bell_____,           )
                    Defendant.      )

## I.

A.  ( )   On motion of the Government in a case allegedly involving:

   1. ( )   a crime of violence.

   2. ( )   an offense with maximum sentence of life imprisonment or death.

   3. ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4. ( )   any felony - where defendant convicted of two or more prior offenses described above.

   5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.  (X)  On motion by the Government/( ) on Court's own motion, in a case
2           allegedly involving:
3       (X)  On the further allegation by the Government of:
4           1.  (X)  a serious risk that the defendant will flee.
5           2.  ( )  a serious risk that the defendant will:
6               a.  ( )  obstruct or attempt to obstruct justice.
7               b.  ( )  threaten, injure or intimidate a prospective witness or
8                        juror, or attempt to do so.
9  C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no
10     condition or combination of conditions will reasonably assure the defendant's
11     appearance as required and the safety or any person or the community.
12
13                                    II.
14 A.  (X)  The Court finds that no condition or combination of conditions will
15          reasonably assure:
16      1.  ( )  the appearance of the defendant as required.
17          ( )  and/or
18      2.  (X)  the safety of any person or the community.
19 B.  ( )  The Court finds that the defendant has not rebutted by sufficient evidence to
20          the contrary the presumption provided by statute.
21
22                                    III.
23 The Court has considered:
24 A.  (X)  the nature and circumstances of the offense(s) charged, including whether
25          the offense is a crime of violence, a Federal crime of terrorism, or involves
26          a minor victim or a controlled substance, firearm, explosive, or destructive
27          device;
28 B.  (X)  the weight of evidence against the defendant;

1  C. (✘) the history and characteristics of the defendant; and
2  D. (✘) the nature and seriousness of the danger to any person or the community.
3
4                                    IV.
5     The Court also has considered all the evidence adduced at the hearing and the
6  arguments and/or statements of counsel, and the Pretrial Services
7  Report/recommendation.
8
9                                     V.
10    The Court bases the foregoing finding(s) on the following:
11 A. (✗) As to flight risk:
12    - use of others' names and IDs gathered by Δs by
13    co-Δs to further conspiracy
14    - his use of former ID # to travel after termination of employment
15    - not employed
16    - even if he did get job, could exploit position
17    to gather other employees' IDs, as shown below
18
19
20
21 B. (✗) As to danger:
22    - use of others' names and identifications to further
23    conspiracy, based on information gathered from prior employment
24    - guns registered to defendant recovered with gang
25    member, used in officer-involved shooting, ~~same in vehicle pursuit~~
26
27    - many of guns Δ ~~purchased and transported~~ recovered during investigation wound up
28    with scratched off serial numbers or no serial #
   - huge number of guns involved in offense
   - does have some prior brushes with the law, although
   resolution of those incidents is not clear

[Margin note next to lines 22-28:]
Δ Bell
present
when
undercover
officers
made gun
purchases
here
on one
occasion

**VI.**

A. ( ) The Court finds that a serious risk exists the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

**VII.**

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 7/31/2017

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE